UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEWIS GREENBERG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:07-CV-1716 (CEJ) ) |
| CITY OF BALLWIN, MISSOURI, | ) ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for a preliminary injunction. Plaintiff filed the motion on November 9, 2007, seeking an order enjoining the prosecution of a case against him in the City of Ballwin municipal court. The defendant filed a memorandum in opposition and a request for a hearing on November 19, 2007. The plaintiff filed his reply on November 29, 2007.

The proceedings plaintiff sought to have enjoined were to take place on November 27, 2007, two days before he filed his reply memorandum in support of the motion. The Court has not been informed of the outcome of the municipal court proceedings, nor has plaintiff indicated that any further proceedings are scheduled. Plaintiff's motion is now moot and will be denied as such.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a preliminary injunction [#5] is **denied as moot**.

**IT IS FURTHER ORDERED** that defendant's motion for a hearing [#8] is **denied as moot**.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2007.